UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK LONGLEY,<br>Plaintiff | )<br>)<br>) |
| V. | ) Civil Action<br>)<br>) No. _____ |
| BUCHANAN MARINE LP,<br>Defendant | )<br>)<br>) |

### SEAMAN'S DECLARATION

The Plaintiff, PATRICK LONGLEY, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on ____ day of _____, 20___

_____
Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000