# United States District Court

## DISTRICT OF MASSACHUSETTS

PATRICK LONGLEY

V.

BUCHANAN MARINE LP

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 12548 MLW

TO: (Name and address of defendant)

BUCHANAN MARINE LP
39 Ferry Street
New Haven, CT 06513

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAROLYN M. LATTI
LATTI & ANDERSON LLP
30-31 UNION WHARF
BOSTON, MA 12109

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



DEC 6 2004
DATE

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PATRICK LONGLEY**

Plaintiff(s), Petitioner(s)

against

**BUCHANAN MARINE, LP**

Defendant(s), Respondent(s)

CLIENT: Carolyn M. Latti, Esquire

INDEX NO.: 04 12548 MLW

DATE OF FILING: 12/6/2004

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Daniel Russbach being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Woodbridge, CT.

Furthermore, that on **December 21, 2004 at 2:50 PM at 39 Ferry Street, New Haven, CT 06513**, deponent served the **Summons In A Civil Action; Complaint With Jury Trial Demand** upon Buchanan Marine, LP, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action; Complaint With Jury Trial Demand** with **James B. Lloyd** a person who is known to be the **Safety Director** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action; Complaint With Jury Trial Demand**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male** Skin: **White** Hair: **White** Age(Approx): **61-65** Height(Approx): **5'9" - 6'** Weight(Approx): **161-200 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Daniel Russbach, Private Process Server

Sworn to before me on December 21, 2004

_____
Notary Public
My Commission Expires: 08/31/2009