UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICK LONGLEY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 04-12548 (MLW) |
| V. | : | |
| BUCHANAN MARINE LP, | : | |
| Defendant | : | JANUARY 7, 2005 |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b), defendant, Buchanan Marine, LP, hereby moves to dismiss this action for insufficient service of process, lack of personal jurisdiction and *forum non conveniens*. The motion should be granted because: (1) service of process was not made in accordance with Federal Rule of Civil Procedure 4(h)(1) or Massachusetts law; (2) the District Court lacks personal jurisdiction over Buchanan Marine, LP because it is a Delaware limited partnership which did not transact business in the Commonwealth of Massachusetts and the alleged incident occurred on a New York vessel in the navigable waters of New York; and (3) Massachusetts is an improper venue for the trial of this matter. A Memorandum of Law with a supporting Affidavit is attached hereto.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**WHEREFORE**, defendant respectfully requests that the above-referenced matter be dismissed.

RESPECTFULLY SUBMITTED FOR THE
DEFENDANT, BUCHANAN MARINE LP,
BY ITS ATTORNEY

By _____
Kevin M. Roche, BBO 551190
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Email: roche@halloran-sage.com

## CERTIFICATION

This is to certify that on this 7th day of January, 2005, I hereby mailed a copy of the foregoing to:

Carolyn M. Latti, Esquire
David F. Anderson, Esquire
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

_____
Kevin M. Roche

632996_1.DOC

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105