FILED
IN CLERKS OFFICE

2005 FEB -7 A 10: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK LONGLEY,<br>     Plaintiff | :    CIVIL ACTION NO.<br>:    04-12548 (MLW) |
| V. | : |
| BUCHANAN MARINE LP,<br>     Defendant | :<br>:    FEBRUARY 4, 2005 |

### DEFENDANT'S REQUEST FOR LEAVE OF COURT TO SUBMIT REPLY BRIEF

Pursuant to Local Rule 7.1(b)(3), Defendant, Buchanan Marine, LP hereby requests leave of Court to submit the attached Reply Brief to Plaintiff's Objection to Defendant's Motion to Dismiss. The defendant believes the attached Reply Brief will assist the Court in consideration of the Motion to Dismiss because it addresses specific arguments made by the plaintiff in his opposition and does not simply restate defendant's original arguments.

                                              RESPECTFULLY SUBMITTED FOR
                                              THE DEFENDANT, BUCHANAN
                                              MARINE LP, BY ITS ATTORNEY

                                              Kevin M. Roche, BBO 551190
                                              HALLORAN & SAGE LLP
                                              One Goodwin Square
                                              225 Asylum Street
                                              Hartford, CT 06103
                                              (860) 522-6103
                                              Email: roche@halloran-sage.com

## CERTIFICATION

This is to certify that on this 4th day of February, 2005, I hereby mailed a copy of the foregoing to:

Carolyn M. Latti, Esquire
David F. Anderson, Esquire
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

_____
Kevin M. Roche

648324_1.DOC