# HALLORAN & SAGE LLP
ATTORNEYS AT LAW

FILED
CLERKS OFFICE

2005 MAR 17 P 3: 16

KEVIN M. ROCHE  Direct 860 297-4605  roche@halloran-sage.com
Also admitted in Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS

March 15, 2005

Sarah A. Thornton, Clerk of Court
Clerk's Office
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Longley v Buchanan Marine L.P.
Docket No: C.A. No. 04-12548-MLW

Dear Madame Clerk:

Pursuant to the **Memorandum And Order** of the Court, Wolf, D.J, in the above-case dated March 8, 2005, the defendant herein does not consent to the referral of this case "for all purposes" to Magistrate Judge Collings. It is the understanding of the defendant that the identity of any party withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Respectfully,

Kevin M. Roche

KMR/deb

663460_1.DOC