UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK LONGLEY,<br>    Plaintiff<br><br>V.<br><br>BUCHANAN MARINE LP,<br>    Defendant | Civil Action<br><br>No. 04-12548-MLW |

## AFFIDAVIT

I, Patrick Longley, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course - and various alternative courses - of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 9th DAY OF September, 2005.

_____
Patrick Longley

Respectfully submitted for the
the Plaintiff, PATRICK LONGLEY,
by his attorney,

_____
Carolyn M. Latti, BBO 567394
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:

1