```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

PATRICK LONGLEY,              )
     Plaintiff,               )
                              )
                              )
     v.                       )    C.A. No. 04-12548-MLW
                              )
BUCHANAN MARINE L.P.,         )
     Defendant.               )
```

ORDER

WOLF, D.J.                                    September 19, 2005

For the reasons stated in detail in court on September 15, 2005, it is hereby ORDERED that:

1. Defendant Buchanan Marine's Motion for Leave to Submit Reply Brief (Docket No. 9) is ALLOWED.

2. Defendant Buchanan Marine's Motion to Dismiss (Docket No. 4) is DENIED.

3. Plaintiff Patrick Longley's service of process is QUASHED. Longley shall promptly serve Buchanan Marine properly.

4. The parties shall, by September 23, 2005, report whether a settlement has been reached or submit a proposed schedule for this case if no settlement has been reached.

                                   /s/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE