UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK LONGLEY,<br>    Plaintiff<br><br>V.<br><br>BUCHANAN MARINE LP,<br>    Defendant | )<br>)<br>)<br>)  Civil Action<br>)<br>)  No. 04-12548-MLW<br>)<br>)<br>) |

**JOINT SCHEDULING STATEMENT REGARDING DISCOVERY ON JURISDICTION AND MOTION TO DISMISS**

Now comes the parties in the above captioned matter and respectfully submits this joint scheduling statement regarding discovery on jurisdiction and motion to dismiss.

Service of Interrogatories and Request for Production of Documents Regarding Jurisdiction: 10/3/2005

Responses to Interrogatories and Request for Production of Documents: 11/18/2005

Completion of Depositions regarding jurisdiction: 12/30/2005

Motion to Dismiss Due: 1/13/06

Opposition to Motion to Dismiss: 2/3/06

Reply to Opposition to Motion to Dismiss: 2/10/06

WHEREFORE, the parties requests that this Honorable Court adapt the above mentioned schedule regarding discovery on jurisdiction and motion to dismiss

        Respectfully submitted for the
the Plaintiff, Patrick Longley,
by his attorney,

/s/ Carolyn M. Latti
Carolyn M. Latti, BBO 567394
David F. Anderson, BBO 560994
David J. Berg, BBO 558624
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
Respectfully submitted for the
the Defendant, Buchanan Marine, L.P,
by his attorney,

/s/ Kevin Roche
Kevin Roche, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

Dated: September 30, 2005

CERTIFICATE OF SERVICE

     I hereby certify that on September 30, 2005, I electronically filed Joint Scheduling Statement regarding discovery on jurisdiction and motion to dismiss the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Kevin Roche, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

Respectfully submitted for the
the Plaintiff,


/s/Carolyn M. Latti
Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
clatti@lattianderson.com