UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICK LONGLEY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 04-12548 (MLW) |
| V. | : | |
| BUCHANAN MARINE LP, | : | |
| Defendant | : | OCTOBER 11, 2005 |

## MOTION FOR ADMISSION PRO HAC VICE

Undersigned counsel, pursuant to LR, D. Mass. 83.5.3(b), hereby moves for admission *pro hac vice* of Carl R. Ficks, Jr., and in support thereof states as follows:

1. Mr. Ficks is a member of good standing in all jurisdictions to which he has been admitted, to wit the State of Connecticut, the District of Columbia, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the District of Connecticut, the Eastern District of New York, and the Southern District of New York;

2. Mr. Ficks has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction where he has been admitted;

3. Mr. Ficks is familiar with the Local Rules of this court;

4. Appended hereto is the Certificate of Mr. Ficks, per LR, D. Mass. 83.5.3(b);

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12451.0015
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5. The defendant herein has requested the assistance of Mr. Ficks, who has represented Buchanan Marine for more than ten (10) years;

6. Plaintiffs counsel, Carolyn Latti, has no objection to this motion.

> RESPECTFULLY SUBMITTED FOR THE
> DEFENDANT, BUCHANAN MARINE LP,
> BY ITS ATTORNEY
>
> By  /s/ Kevin M. Roche
>   Kevin M. Roche,
>   BBO#551190
>   HALLORAN & SAGE LLP
>   One Goodwin Square
>   225 Asylum Street
>   Hartford, CT 06103
>   (860) 522-6103
>   Email:  roche@halloran-sage.com

## **CERTIFICATION**

This is to certify that on this 11th day of October 2005, I hereby mailed a copy of the foregoing to:

Carolyn M. Latti, Esquire
David F. Anderson, Esquire
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

>  /s/ Kevin M. Roche
>  Kevin M. Roche

738402_1.DOC

- 2 -



One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103  

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105