UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICK LONGLEY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 04-12548 (MLW) |
| V. | : | |
| BUCHANAN MARINE LP, | : | |
| Defendant | : | OCTOBER 11, 2005 |

**CERTIFICATION OF CARL R. FICKS, JR., IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

1.  I am an attorney at law of the State of Connecticut and the District of Columbia. I am also admitted to the United States Court of Appeals for the Second Circuit, the U.S. District Court for the District of Connecticut, the U.S. District Court for the Eastern District of New York, and the U.S. District Court for the Southern District of New York. I am a member of the law firm of Halloran & Sage LLP, attorneys for the defendant Buchanan Marine L.P. (hereinafter "Buchanan");

2.  I was admitted to practice before the Bar of the State of Connecticut in 1988 and the Bar of the District of Columbia in 1990. I am a member in good standing in all jurisdictions to which I have been admitted to practice;

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I have been admitted to practice;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12451.0015
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

- 2 -

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5.     My firm and I have represented Buchanan for many years, and I have particularized knowledge and expertise regarding the defendant and the present matter;

6.     I have been requested by Buchanan to represent it and its interests in this matter in conjunction with my partner Kevin M. Roche, who is a member of the bar of this court and has already appeared in this matter;

7.     This Certification is submitted in support of this Motion seeking pro hac vice admission in this matter.

I hereby certify the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

>    /s/ Carl R. Ficks, Jr.
>    Carl R. Ficks, Jr.

Dated:  October 11, 2005

738404_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105