UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICK LONGLEY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 04-12548 (MLW) |
| V. | : | |
| BUCHANAN MARINE LP, | : | |
| Defendant | : | JANUARY 12, 2006 |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b), defendant Buchanan Marine, LP, hereby moves to dismiss this action for lack of personal jurisdiction and *forum non conveniens*. The motion should be granted because: (1) the District Court lacks personal jurisdiction over Buchanan Marine, LP because it is a Delaware limited partnership which did not transact business in the Commonwealth of Massachusetts and the alleged incident occurred on a New York vessel in the navigable waters of New York; and (2) Massachusetts is an improper venue for the trial of this matter. A Memorandum of Law with supporting exhibits are attached hereto and made a part hereof.

**WHEREFORE**, defendant respectfully requests that the above-referenced matter be dismissed.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12451.0015
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPECTFULLY SUBMITTED FOR THE
DEFENDANT, BUCHANAN MARINE LP,
BY ITS ATTORNEY


By      /s/
    Kevin M. Roche, BBO 551190
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103
    Email: roche@halloran-sage.com


### **CERTIFICATION**

This is to certify that on this 12th day of January 2006, the foregoing was e-filed to:

Carolyn M. Latti, Esquire
David F. Anderson, Esquire
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109


      /s/
  Kevin M. Roche

778057_1.DOC

- 2 –

One Goodwin Square    HALLORAN & SAGE LLP    Phone (860) 522-6103
225 Asylum Street                                                        Fax (860) 548-0006
Hartford, CT 06103                                                    Juris No. 26105