UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICK LONGLEY,** ) | |
| Plaintiff ) | |
| ) | Civil Action |
| V. ) | |
| ) | No. 04-12548-MLW |
| **BUCHANAN MARINE LP,** ) | |
| Defendant ) | |

**ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, DOCKET #20 & #21**

Now comes the Plaintiff in the above captioned matter and submits Assented to Motion to Extend the Time for Plaintiff to Respond to Defendant's Motion to Dismiss, Docket #20 & #21. As grounds, Plaintiff states:

Plaintiff's Opposition to Defendant's Motion to Dismiss is due February 10, 2006. Currently the parties are trying to resolve the issues surrounding Defendant's Motion to Dismiss which would make the entire motion moot. However, the parties need more time to try to resolve the issues. Thus, Plaintiff requests that this Honorable Court extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, Docket #20 & #21 to February 16, 2006.

Defendant assents to the extension.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, Docket #20 & #21 to February 16, 2006.

Respectfully submitted for the
the Plaintiff, Patrick Longley,
by his attorney,

/s/ Carolyn M. Latti
Carolyn M. Latti, BBO 567394
David F. Anderson, BBO 560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000


Assented to by
Defendant, Buchanan Marine, L.P,
by his attorney,


/s/ Carl Ficks, Jr.
Carl Ficks, Jr.  Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

Dated: February 8, 2006

CERTIFICATE OF SERVICE

      I hereby certify that on September , I electronically filed Joint Scheduling Statement with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

Carl Ficks, Jr.  Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

                                      Respectfully submitted for the
                                      the Plaintiff,

                                      /s/Carolyn M. Latti
                                      Carolyn M. Latti
                                      Latti & Anderson LLP
                                      30-31 Union Wharf
                                      Boston, MA 02109
                                      617-523-1000
                                      clatti@lattianderson.com