UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICK LONGLEY,<br>    Plaintiff<br><br>V.<br><br>BUCHANAN MARINE LP,<br>    Defendant | )<br>)<br>)<br>)   Civil Action<br>)<br>)   No. 04-12548-MLW<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

    Now comes the Plaintiff in the above-entitled action and notifies this Court that the above entitled action has settled. Plaintiff requests a 60 day order.

                                                        Respectfully submitted for the
                                                        the Plaintiff, Patrick Longley,
                                                        by his attorney,

                                                        /s/ Carolyn M. Latti
                                                        Carolyn M. Latti, BBO 567394
                                                        David F. Anderson, BBO 560994
                                                        Latti & Anderson LLP
                                                        30-31 Union Wharf
                                                        Boston, MA 02109
                                                        (617) 523-1000

Dated: February 9, 2006