UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK LONGLEY,<br>   Plaintiff(s)<br><br>v.<br><br>BUCHANAN MARINE LLP,<br>INC., et al<br>   Defendant(s) | )<br>)<br>)<br>)  C.A. No. 04-12548-MLW<br>)<br>)<br>)<br>) |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

  The Court having been advised on February 10, 2006 by plaintiff's counsel that the above-captioned action settled:

  It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

  If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                 By the Court:
                 Sarah A. Thornton, Clerk


February 10, 2006           /s/Dennis O'Leary
Date                 Deputy Clerk